# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-126-6     Date: October 27, 2022

## United States of America    vs.    James Carroll Hickman

**PROCEEDINGS: In Person Sentencing.** Neither party had any objections to the Presentence Investigative Report.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Kara Nagorny | Joe Cuccia |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | Cullen M. Wojcik |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility    ■ granted    ☐ denied
- ■ Government's Motion [R.159]    ■ granted    ☐ denied
- ☐ Defendant's Motion for Variance    ☐ granted    ☐ denied

■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 34 months as to Count 5 of the Indictment. This sentence shall run concurrently with the pending charges in Docket Number 2020-S-341934 in the General Sessions Court for Sevier County, Tennessee and Docket Number 2021-CR-1186 in the General Sessions Court for Cocke County, Tennessee and consecutively with the pending charges in Docket Number 2021-CR-40567 in the General Sessions Court for Blount County, Tennessee pursuant to USSG § 5G1.3 and *Setser v. United States*. Upon release from imprisonment, the defendant shall be on supervised release for the term of 4 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (2) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**

The court recommends that the defendant receive appropriate substance abuse treatment while incarcerated. Additionally, the court further recommends the defendant undergo a complete mental health evaluation and receive appropriate treatment while serving his term of imprisonment. Lastly, the court recommends the defendant be designated to FMC Lexington (KY) as deemed appropriate by the BOP.

- ■ Special assessment: $100.00
- ☐ Defendant to remain on bond pending designation
- ■ Defendant remanded to custody

1:05 – 1:36